IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRINITY F. SIMPSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00441-KD-C |
| | ) |
| **CSL PLASMA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed by Plaintiff Trinity F. Simpson and Defendant CSL Plasma. (Doc. 35). The stipulation is signed by all parties who have appeared in this action. Upon consideration, this action is **DISMISSED with prejudice.**[1] Pursuant to the stipulation, each party shall bear their own costs and fees.

**DONE and ORDERED** this **27th day** of **June 2025.**

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Previously, the Court dismissed this action without prejudice subject to the right of either party to reinstate the action within 45 days of the date of the order. (Doc. 34). The joint stipulation terminates the right of either party to reinstate.